IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CALLIE ZINNERMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv485-MHT |
| | ) | (WO) |
| APPLETON PLUS PEOPLE CORP., | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit asserting claims of employment discrimination based on race and age. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute the action and that all pending motions be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2017.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**