IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALLIE ZINNERMAN,              )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         2:17cv485-MHT
                               )              (WO)
APPLETON PLUS PEOPLE           )
CORP.,                         )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 11) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute, with no costs taxed.

(3) All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 7th day of December, 2017.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE